| | | |
|---|---|---|
| COLLEEN J. MILES, et al | : | IN THE |
| Plaintiffs | : | UNITED STATES DISTRICT COURT |
| v. | : | FOR THE |
| STEPHAN U. HOCHULI, M.D., et al | : | DISTRICT OF MARYLAND |
| Defendants | : | Case No.: |

: : : : : : : : : : : :

## CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY that Interrogatories, Request for Production of Documents, and Notice to Take Deposition will be served along with the Complaint, and that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

_____
Jonathan Schochor
Schochor, Federico and Staton, P.A.
1211 St. Paul Street
Baltimore, Maryland  21202
(410) 234-1000

Attorneys for the Plaintiffs

11