| | | |
|---|---|---|
| COLLEEN J. MILES, et al | : | BEFORE THE |
| Claimants | : | HEALTH CARE |
| v. | : | ALTERNATIVE DISPUTE |
| STEPHAN U. HOCHULI, M.D., et al | : | RESOLUTION OFFICE |
| Defendants | : | HCA No.: |

## ELECTION FOR WAIVER OF ARBITRATION

COME NOW the Claimants, Colleen J. Miles and Kevin Miles, by their attorneys, Jonathan Schochor, Jonathan E. Goldberg and Schochor, Federico and Staton, P.A., and file this Election for Waiver of Arbitration pursuant to the Annotated Code of Maryland, Courts and Judicial Proceedings Article, Section 3-2A-06B. For reasons in support thereof, the Claimants respectfully represent:

1. The Claimants have elected to waive arbitration in the above-captioned case to save time and expense associated herewith.

2. That after filing, this election shall be binding on all parties.

_____
Jonathan Schochor

_____
Jonathan E. Goldberg
Schochor, Federico and Staton, P.A.
The Paulton
1211 St. Paul Street
Baltimore, Maryland  21202
(410) 234-1000
Attorneys for the Claimants

12

*Received MAY 1 5 2015 — Health Care Alternative Dispute Resolution Office*



| | | |
|---|---|---|
| COLLEEN J. MILES and KEVIN MILES | * | BEFORE THE |
| Claimants | * | HEALTH CARE ALTERNATIVE |
| v. | * | DISPUTE RESOLUTION |
| STEPHAN U. HOCHULI, M.D., et al. | * | OFFICE OF MARYLAND |
| Defendants | * | Case No.: |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CLAIMANTS' CERTIFICATE OF MERIT

I HEREBY CERTIFY and acknowledge that I have reviewed the hospital records, medical records, and other documentation pertaining to the facts and circumstances in the above captioned case.

I hereby certify and acknowledge that there have been violations of the standards of care by Stephan U. Hochuli, M.D. and duly authorized agents, servants and/or employees of Carroll Hospital Center, Inc. which have directly and proximately resulted in injuries and damages to the Claimants.

I certify that I am a board-certified expert in general surgery. I further certify that I have had clinical experience, provided consultation relating to clinical practice and/or taught medicine in the Defendants' specialty or a related field of health-care, or in the field of health care in which the Defendants provided care or treatment to the Claimant, within five (5) years of the date of the alleged act or omission giving rise to the case of action.

I acknowledge that less than 20% of my annual professional time directly involves testimony in personal injury claims. My report in the above-referenced case is attached hereto.

_____
Dennis Bordan, M.D.

Jonathan Schochor, Esquire
Schochor, Federico, and Staton, P.A.
1211 St. Paul Street
The Paulton
Baltimore, Maryland 21202

RECEIVED MAY 15 2015 HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE

Re: <u>Colleen J. Miles</u>

Dear Mr. Schochor:

This is to acknowledge that after a review of the medical records and other material involved in the above-referenced case, I have concluded that there were breaches and/or violations in the accepted standards of care by Stephan U. Hochuli, M.D. and Carroll Hospital Center, Inc. which have directly and proximately resulted in injuries and damages to the Claimants.

It is my opinion that the Defendant Stephan U. Hochuli, M.D., acting for himself and as a duly authorized agent and/or employee of the Defendant Carroll Hospital Center, Inc., breached the standards of care by negligently performing a revision of the gastrojejunostomy site, leaving Ms. Miles in discontinuity.

As a result of the negligence of these Defendants, Ms. Miles required transfer to a tertiary care hospital to undergo emergency surgery, where she remained for an additional month. She also required several months of bowel rest, obtaining all nutrition via total parenteral nutrition (TPN). Additionally, she is left with chronic bowel issues as a result of the negligent acts of these defendants.

I certify that I am a board-certified expert in general surgery. I further certify that I have had clinical experience, provided consultation relating to clinical practice and/or taught medicine in the Defendants' specialty or a related field of health-care, or in the field of health care in which the Defendants provided care or treatment to the Claimant, within five (5) years of the date of the alleged act or omission giving rise to the cause of action.

Accordingly, I have concluded that the case filed before the Health Care Alternative Dispute Resolution Office of Maryland is meritorious. I also acknowledge that less than 20% of my annual professional time directly involves testimony in personal injury claims. My report in the above-referenced case is attached hereto.

This report represents a broad summary of my opinions for purposes of certifying the merit of this matter. I specifically reserve the right to modify, amend and/or supplement my opinions as further information about this case is made available to me through the discovery process.

Dennis Bordan, M.D

| | | |
|---|---|---|
| COLLEEN J. MILES, et al. | * | BEFORE THE |
| | * | |
| Claimants | * | HEALTH CARE |
| | * | |
| vs. | * | ALTERNATIVE DISPUTE |
| | * | |
| STEPHAN U. HOCHULI, M.D., et al. | * | RESOLUTION OFFICE |
| | * | |
| Defendants | * | HCA No.: 2015-219 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF TRANSFER

The Claimants, by and through counsel, having elected a Waiver of Arbitration under the provisions of the Annotated Code of Maryland, Courts and Judicial Proceedings Article, § 3-2A-06B, it is this ___16th___ day of ___MAY___, 2015, by the Health Care Alternative Dispute Resolution Office,

ORDERED, that this case shall be and is hereby, transferred to the United States District Court, or to the Circuit Court of the appropriate venue.

_____
HARRY L. CHASE, DIRECTOR
Health Care Alternative Dispute Resolution Office

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the above ORDER OF TRANSFER have been mailed, postage prepaid, to all counsel.

_____
HARRY L. CHASE, DIRECTOR