

SCHOCHOR, FEDERICO
AND STATON, P.A.
ATTORNEYS AT LAW

Jonathan E. Goldberg

February 16, 2016

The Honorable James K. Bredar
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

                **Re:**    **Colleen J. Miles, et al. v. Stephan U. Hochuli, M.D., et al.**
                       **Case No: 1:15-CV-01591-JKB**

Dear Judge Bredar:

I am in receipt of the Court's Settlement Order (Document 27) regarding the dismissal of Carroll Hospital Center, Inc. Please be advised that Carroll Hospital Center, Inc. is being dismissed without prejudice and that there was no settlement with that Defendant. The Stipulation signed by the parties (Document 26) states that the dismissal is without prejudice and that the hospital can be brought back into the case if facts develop or are discovered that would warrant such an action. The Settlement Order states that if no party moves to reopen the case against Carroll Hospital Center, Inc. within 30 days that the dismissal is with prejudice. I would respectfully request that the Settlement Order be revised to reflect the agreement between the parties.

Thank you for your consideration of this request.

                                    Very truly yours,

                                      /s/

                                    Jonathan E. Goldberg

JEG/mh

CC:    Dana Schultz, Esquire
          Gloria Worch, Esquire

**Baltimore Office:** The Paulton • 1211 St. Paul Street • Baltimore, MD 21202 • Phone: 410-234-1000 • Fax: 410-234-1010
**Washington, D.C. Office:** 1050 Connecticut Avenue NW • Suite 1000 • Washington, DC 20036 • Phone: 202-408-3300

Toll Free: 888-234-0001 • www.sfspa.com