IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COLLEEN J. MILES, et al :

    Plaintiffs :

v. : Civil No.: 1:15-CV-01591-JKB

STEPHAN U. HOCHULI, M.D., et al :

    Defendants :

: : : : : : : : : : : : :

## WAIVER OF SUPPLEMENTAL CERTIFICATE OF QUALIFIED EXPERT

The Parties, through their respective counsel hereby stipulate and agree none of the parties shall be required to file a supplemental Certificate of Qualified Expert in this matter.

                                                /s/
                                  Jonathan E. Goldberg, Esquire
                                  Schochor, Federico and Staton, P.A.
                                  1211 Saint Paul Street
                                  Baltimore, MD 21202
                                  (410) 234-1000
                                  *Attorneys for Plaintiff*

                                                /s/
                                  David A. Roling, Esquire
                                  Dana Schultz, Esquire
                                  Wharton Levin Ehrmantraut & Klein
                                  104 West Street
                                  PO Box 551
                                  Annapolis, MD 21404
                                  *Attorneys for Defendant*
                                  *Stephan U. Hochuli, M.D.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COLLEEN J. MILES, et al | : | |
| Plaintiffs | : | |
| v. | : | Civil No.: 1:15-CV-01591-JKB |
| STEPHAN U. HOCHULI, M.D., et al | : | |
| Defendants | : | |

: : : : : : : : : : : : :

## NOTICE OF SERVICE

**NOTICE IS HEREBY GIVEN** that on this 19th day of February 2016, a copy of this foregoing Waiver of Supplemental Certificate of Qualified Expert was sent by first-class mail, postage prepaid, to:

David A. Roling, Esquire
Dana Schultz, Esquire
Wharton Levin Ehrmantraut & Klein
104 West Street
PO Box 551
Annapolis, MD 21404
*Attorneys for Defendant*
*Stephan U. Hochuli, M.D.*

/s/
Jonathan E. Goldberg, Esquire
Schochor, Federico and Staton, P.A.
1211 St. Paul Street
Baltimore, MD 21202
(410) 234-1000
*Attorneys for the Plaintiffs*