IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**COLLEEN J. MILES, et al.**

    **Plaintiffs**

**v.**

**STEPHEN U. HOCHULI, M.D., et al.**

    **Defendants**

CIVIL NO. JKB-15-1591

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the Stipulation of Dismissal With Prejudice filed on February 21, 2017 (ECF No. 51), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 1st day of March, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge